Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binyamin@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTIA MASON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CALVIN KLEIN, INC., a New York corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO.: 2:22-cv-03321-AB-JC<br><br>Honorable Andre Birotte, Jr.<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: May 16, 2022<br>Trial Date: None |

Plaintiff, Portia Mason ("Plaintiff") hereby notifies the Court that the claims of Plaintiff have settled on an individual basis. A notice of dismissal with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class will be filed upon execution of a formal settlement agreement in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: June 30, 2022                              Respectfully Submitted,

                                                  */s/ Binyamin I. Manoucheri*
                                                  Thiago M. Coelho
                                                  Binyamin I. Manoucheri
                                                  **WILSHIRE LAW FIRM**
                                                  *Attorneys for Plaintiff and Proposed Class*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 30, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: June 30, 2022            */s/ Binyamin I. Manoucheri*
                                 Binyamin I. Manoucheri